16609

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF NEW JERSEY*
*DISTRICT OF NEW JERSEY*
*VICINAGE OF CAMDEN VICINAGE*

| | |
|---|---|
| *Plaintiff*<br>LORRAINE LEMON, individually, and on behalf of the ESTATE OF LYNETTE SMITH,<br><br>*vs.*<br><br>*Defendant*<br>THE UNITED STATES OF AMERICA, COMMUNITY HEALTH CARE, INC., d/b/a COMPLETE HEALTH CARE NETWORK, TRI COUNTY MEDICINE, INC., HASMUKHBHAI PATEL, MD, RAGHURAJ TOMAR, M.D., KIDNEY AND HYPERTENSION SPECIALISTS, PA, ELIS PRIORI, M.D. AND NAEEM AMIN, M.D. | NO.: Civil Action No. 1:15-cv-7374<br><br>CIVIL ACTION<br><br><br>NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM |

PLEASE TAKE NOTICE that on DECEMBER 7, 2015 or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants, Ellis Priori, M.D., and Naeem Amin, M.D., shall apply to the Court for an Order granting their Motion to Dismiss Plaintiffs' Complaint and all claims and cross claims against them pursuant to F.R.C.P 12(b)(6) for failure to state a claim upon which relief can be granted.

The undersigned shall rely on the attached Brief and Certification in support of this Motion.

A proposed form of Order is attached hereto.

Oral argument is respectfully requested if opposition is filed.

**DATED:** <u>November 13, 2015</u>     BY: *Edward I. Wicks*
SCOTT C. BUSHELLI, ESQ.
EDWARD I. WICKS, ESQUIRE
Attorney for Defendants, Elis Priori, M.D., Naeem Amin, M.D. and Kidney and Hypertension Specialists, P.A.

**STAHL & DeLAURENTIS, P.C.**
10 E. CLEMENTS BRIDGE ROAD
RUNNEMEDE, NJ 08078
856-380-9200
FAX 856-939-1354

16609

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN VICINAGE

| | |
|---|---|
| *Plaintiff*<br>LORRAINE LEMON, individually, and on behalf of the ESTATE OF LYNETTE SMITH,<br><br>*vs.*<br><br>*Defendant*<br>THE UNITED STATES OF AMERICA, COMMUNITY HEALTH CARE, INC., d/b/a COMPLETE HEALTH CARE NETWORK, TRI COUNTY MEDICINE, INC., HASMUKHBHAI PATEL, MD, RAGHURAJ TOMAR, M.D., KIDNEY AND HYPERTENSION SPECIALISTS, PA, ELIS PRIORI, M.D. AND NAEEM AMIN, M.D. | NO.: Civil Action No. 1:15-cv-7374<br><br>CIVIL ACTION<br><br><br>ORDER |

This matter having been opened to the Court by Stahl & DeLaurentis, P.C., attorneys for defendants, Ellis Priori, M.D., and Naeem Amin, M.D., and the Court having considered the moving papers and any response thereto, and for good cause shown;

IT IS on this _____ day of _____, 2015, ORDERED and ADJUDGED that plaintiffs' Complaint and all claims and cross-claims against defendants, Ellis Priori, M.D., and Naeem Amin, M.D., are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that this matter, docket #1:15-CV-7374, is dismissed in its entirety as duplicative of the matter presently pending under docket #1:14-CV-07247

_____
Hon. Noel L. Hillman, U.S.D.J.

16609

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## DISTRICT OF NEW JERSEY
## VICINAGE OF CAMDEN VICINAGE

| | |
|---|---|
| *Plaintiff*<br>LORRAINE LEMON, individually and on behalf of the ESTATE of LYNETTE SMITH<br>*vs.*<br><br>*Defendant*<br>UNITED STATES OF AMERICA, COMMUNITY HEALTH CARE, INC. d/b/a COMPLETE HEALTH CARE NETWORK, TRI COUNTY MEDICINE, INC., HASMUKHBHAI PATEL, M.D., RAGHURAJ TOMAR, M.D., KIDNEY AND HYPERTENSION SPECIALISTS, P.A., ELIS PRIORI, M.D., and NAEEM AMIN, M.D. | NO.: Civil Action No. 1:15-cv-07374<br><br>CIVIL ACTION |

**CERTIFICATION OF ATTORNEY IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT, ALL CLAIMS, AND ANY CROSS CLAIMS AGAINST DEFENDANTS, ELIS PRIORI, M.D. AND NAEEM AMIN, M.D., FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Filed pursuant to L.Civ.R 7.2

## CERTIFICATION OF ATTORNEY

I, Edward I. Wicks, Esquire, being of full age, hereby certify and say:

1. I am an attorney admitted to the practice of law in the State of New Jersey and the United States District Court for the District of New Jersey and am one of the attorneys entrusted to handle this matter on behalf of Defendants, Elis Priori, M.D., Naeem Amin, M.D. and Kidney and Hypertension Specialists, P.A.

2. On May 22, 2012, plaintiff, Lynette Smith, filed a complaint in the Superior Court of New Jersey, Cumberland County, docket number CUM-L-457-12, to first initiate a medical malpractice action related to the care and treatment at issue in the matter now before this Court. In the complaint, Plaintiff named Naeem Amin, M.D., Elis Priori, M.D., and Kidney Hypertension Specialists, P.A. (hereinafter "KHS") as defendants. The other defendants included Joseph J. Riley, D.O., Bridgeton Family Medicine, South Jersey Healthcare, Complete Care Health Solutions, LLC, Hasmukhbahai Patel, M.D. and Ragjuraj Tomar, M.D. Plaintiff alleged that the defendants failed to properly diagnose and treat her for renal failure and/or insufficiency. A copy of the complaint is attached as Exhibit A.

3. On July 10, 2012, an Answer was filed on behalf of Dr. Amin and Dr. Priori denying liability and asserting various defendants. The Answer included a demand for an Affidavit of Merit pursuant to N.J.S.A. 2A:53A-26. The Answer identified Dr. Amin and Dr. Priori as having the specialty of nephrology and the treatment provided as having involved said specialty, pursuant to state rules of civil procedure. A copy of the answer is attached as Exhibit B.

4. Plaintiff subsequently served an affidavit of merit authored by an obstetrician/gynecologist, Bruce Halbridge, M.D., who was generally critical of all defendants. A true and correct copy of the affidavit of merit is attached as Exhibit C.

5. On or about August 17, 2012, a Ferreira conference was held pursuant to Ferreira v. Rancocas Orthopedic Assocs., 178 N.J. 144 (N.J. 2002). Our office had only recently entered an appearance and did not receive notice of the conference. The Court entered an Order dated August 27, 2012 indicating there was no objection to plaintiff's affidavit of merit. A true and correct copy of the Order is attached as Exhibit D.

6. In September 2012, plaintiff filed an amended complaint in adding Joseph P. Riley, D.O., as a defendant and eliminating Joseph J. Riley, D.O. and Bridgeton Family Medicine defendants. A true and correct copy of the amended complaint is attached as Exhibit E.

7. By letter dated October 4, 2012, our office placed the Court on notice that a sufficient affidavit of merit had not been provided with respect to Dr. Amin and Dr. Priori. A true and correct copy of the letter dated October 4, 2012 is attached as Exhibit F.

8. An Answer to the Amended Complaint was filed on October 30, 2012 on behalf of Dr. Amin and Dr. Priori. Therein, the defendants again denied liability, asserted various defenses, and further demanded an affidavit of merit. A true and correct copy of the answer is attached as Exhibit G.

9. On January 11, 2013, KHS was dismissed from the case without prejudice for lack of prosecution. A true and correct copy of the state court docket is attached as Exhibit H.

10. When plaintiff failed to serve an Affidavit of Merit by an appropriate specialist within the statutory 120 day period, defendants, Dr. Amin and Dr. Priori, moved for dismissal

with prejudice. The motion was unopposed and granted by the Court by Order entered January 25, 2013. A true and correct copy of the Order entered January 25, 2013 is attached as Exhibit I.

11. On February 1, 2013, the Court held a second Ferreira conference. By Order entered February 1, 2013, the Court declined to reach the issue of whether the Affidavit of Merit was satisfactory ast to defendants, Dr. Amin and Dr. Priori, as those defendants were dismissed by the Order entered January 25, 2013. A true and correct copy of the Order entered February 1, 2013 is attached as Exhibit J.

12. On or about March 22, 2013, the Court denied plaintiff's motion for reconsideration of the Order entered January 25, 2013, dismissing defendants, Dr. Amin and Dr. Priori. No appeal was filed. See state court docket, Exhibit H.

13. On January 20, 2014, Lynette Smith, died. Plaintiff filed a Second Amended Complaint on behalf of the Estate on February 28, 2014, alleging a claim for wrongful death. The Second Amended Complaint was never properly served on Dr. Amin, Dr. Priori, or KHS. A true and correct copy of the second amended complaint is attached as Exhibit K.

14. On November 20, 2014, the case was removed to the United States District Court, District of New Jersey by the United States of America for defendants, CompleteCcare Health Solutions, LLC, Dr. Patel and Dr. Tomar. The case was assigned docket # 1:14-cv-07247. A true and correct copy of the notice of removal is attached as Exhibit L.

15. On March 6, 2015, default was entered against KHS, Dr. Amin, and Dr. Priori at the plaintiff's request. A true and correct copy of the federal court docket is attached as Exhibit M.

16. On March 12, 2015, plaintiff moved for default judgment against the moving

defendants. The motion was denied by Order entered on July 31, 2015. On the same date, the Court granted a motion filed by the United States to dismiss the complaint against it without prejudice. A true and correct copy of the order entered July 31, 2015 is attached as Exhibit N.

17. On August 6, 2015, the court vacated the March 6, 2015 entry of default against the moving defendants. A true and correct copy of the text order entered August 6, 2015 is attached as Exhibit O.

18. On September 11, 2015, plaintiff moved to file an amended complaint. See federal court docket, Exhibit M. In the proposed amended complaint, the plaintiffs were named as Estate of Lynette Smith by Administratrix, Lorraine Lemon, and Lorraine Lemon, in her individual capacity. The proposed amended complaints asserted a wrongful death claim and a survival claim on behalf of the Estate and a negligent infliction of emotional distress claim on behalf of Ms. Lemon. According to the proposed amended complaint, Ms. Lemon was the mother of Lynette Smith and was appointed as administratrix on Mary 7, 2014 by the Surrogate of Cumberland County. The proposed amended complaint named Dr. Priori, Dr. Amin, and KHS as defendants. The co-defendants include Community Health Care, Inc. d/b/a Complete Health Network, Tri County Medicine, Inc. Hasmukhbhai Patel, M.D., and Raghuraj Tomar, M.D. The proposed amended complaint omitted Joseph Riley, D.O. as a defendant.

19. While the motion to file an amended complaint was pending, plaintiffs initiated this second federal court action on October 7, 2015. Plaintiff filed a complaint identical to the proposed amended complaint in #1:14-cv-07247. This second action has been assigned docket #1:15-cv-07374. A true and correct copy of the complaint is attached as Exhibit P.

20. On October 13, 2015, the Court granted the plaintiff's motion to file an amended

complaint in case #1:14-cv-07247. A true and correct copy of the Order entered October 13, 2015 is attached as Exhibit Q.

21. On October 14, 2015, plaintiff filed an amended complaint against these defendants in case #1:14-cv-07247. A true and correct copy of the amended complaint is attached as Exhibit R.

22. On October 23, 2015, plaintiff served the moving defendants with the amended complaint in case #1:14-cv-07247 and the complaint in case #1:15-cv-07374. See Exhibit M.

23. As detailed in the attached Brief, the claims against Dr. Priori and Dr. Amin in this matter are precluded based on the doctrine of res judicata. The aforementioned Order entered by the Superior Court of New Jersey, Law Division dismissing all claims against them with prejudice for failure to provide an Affidavit of Merit was a substantive dismissal of the case on the merits and a definitive finding that these defendants were not liable for the same care and treatment that gives rise to the present action.

24. Defendants, Elis Priori, M.D. and Naeem Amin, M.D., now move pursuant to Fed. Rule. Civ. P. 12(b)(6) to dismiss plaintiffs' Amended Complaint, all claims, and all cross-claims against them for failure to state a claim upon which relief can be granted. Defendants further move to have this matter, #1:15-cv-07374, dismissed in its entirety as duplicative of the matter, #1:14-cv-07247. A proposed form of Order is attached.

I certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

DATED: 11/13/2015          By: _____*Edward I. Wicks*_____
                           SCOTT C. BUSHELLI, ESQ.
                           EDWARD I. WICKS, ESQ.
                           Attorneys for Defendants, Elis Priori, M.D., Naeem Amin, M.D. and Kidney and Hypertension Specialists, P.A.

Respectfully submitted,

**STAHL & DeLAURENTIS, P.C.**
10 E. CLEMENTS BRIDGE ROAD
RUNNEMEDE, NJ 08078
Phone: 856-380-9200
Fax: 856-939-1354
Email: scb@sdnjlaw.com / eiw@sdnjlaw.com

16609

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## DISTRICT OF NEW JERSEY
## VICINAGE OF CAMDEN VICINAGE

| | |
|---|---|
| *Plaintiff*<br>LORRAINE LEMON, individually, and on behalf of the ESTATE OF LYNETTE SMITH,<br><br>vs.<br><br>*Defendant*<br>THE UNITED STATES OF AMERICA, COMMUNITY HEALTH CARE, INC., d/b/a COMPLETE HEALTH CARE NETWORK, TRI COUNTY MEDICINE, INC., HASMUKHBHAI PATEL, MD, RAGHURAJ TOMAR, M.D., KIDNEY AND HYPERTENSION SPECIALISTS, PA, ELIS PRIORI, M.D. AND NAEEM AMIN, M.D. | NO.: Civil Action No. 15-7374<br><br>CIVIL ACTION<br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATION OF SERVICE: On November 13, 2015, I, the undersigned, served copies of the foregoing documents to all counsel and/or parties at their respective addresses, by regular mail and/or email, as follows:

Thomas Connelly, Esq.
The Connelly Firm, P.C.
2207 Chestnut Street
Philadelphia, PA 19103
Attorney for Plaintiff(s)

Anne B. Taylor, Assistant US Attorney
401 Market Street
P.O. Box 2098
Camden, NJ 08101
Attorney for Co-Defendant(s), Attorney for Defendants, United States of America, Hasmukhbhai Patel, MD, Raghuraj Tomar, MD and Community Health Care, Inc., d/b/a Complete Health Care Nework (incorrectly identified in the New Jersey pleadings as "CompleteCare Health Solutions, LLC).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**DATED:**   <u>**November 13, 2015**</u>                                 _____
                                                                                        Robin D. Fisher