IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| LORRAINE LEMON, individually, and on behalf of the ESTATE OF LYNETTE SMITH, | HONORABLE NOEL L. HILLMAN |
| Plaintiffs, | |
| v. | No. 14-7247 (NLH) (KMW) No. 15-7374 (NLH) (KMW) |
| RILEY, D.O., at al. | |
| Defendants. | |

## ORDER OF ADMINISTRATIVE TERMINATION

This matter having come before the Court on joint letter application by the parties on October 21, 2016; and the parties having consented to administratively terminating this matter for a period of sixty days; and good cause appearing for the entry of the within Order:

IT IS, this 24th day of October 2016,

ORDERED that this matter shall be, and is hereby, administratively terminated for a period of sixty days, without prejudice, with the right to reopen by way of letter application and with the right to petition the Court by way of letter

application to extend this administrative termination upon a showing of good cause; and it is further

**ORDERED** that the parties shall appear for a telephone status conference on ~~December 21 @ 2pm~~. Counsel for Plaintiff shall initiate the telephone call.

KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Noel L. Hillman